UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
DIVISION 1 - EUGENE DIVISION

IN RE:  CASE NO. 13-62913-tmr13
CHAPTER 13

RACHEL L SCHACHT

JUDGE THOMAS M RENN

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, NALIKO MARKEL, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trust NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 14 | 8028 | $16,087.11 | $16,087.11 | $16,087.11 |
| Total Amount Paid by Trustee | **1893 Enchantment Drive, Eugene, OR** | | | $16,087.11 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit  **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 10th day of August, 2018.

RACHEL L SCHACHT, 1893 ENCHANTMENT DR, EUGENE, OR 97402

ELECTRONIC SERVICE - BRIAN D TURNER, TURNER LAW PC, 1631 NE BROADWAY SUITE 120, PORTLAND, OR 97232

NATIONSTAR MORTGAGE LLC, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067

ELECTRONIC SERVICE - Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741

ELECTRONIC SERVICE - US Bank Trust National Assoc, c/o BSI Financial Services, 1425 Greenway Dr, Ste 400, Irving, TX 75038

ELECTRONIC SERVICE - United States Trustee

Date: August 10, 2018                              /s/ NALIKO MARKEL, TRUSTEE
                                                   NALIKO MARKEL, TRUSTEE
                                                   Chapter 13 Trustee
                                                   400 E. 2nd Avenue Suite 200
                                                   EUGENE, OR 97401